as KATHLEEN N. O'DONNELL HART, as Executrix, etc., of WILLIAM F. S. HART, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ADELAIDE REIS, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ALBERT B. HAWKINS, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of and Liquidate the Business of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. VEHICLE UNDERWRITING AGENCY, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of and Liquidate the Business of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. VEHICLE UNDERWRITING AGENCY, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

MICHAEL J. BAKOPOULOS and Others, Respondents, v. NICHOLAS J. CASSAVETES, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

BESSIE DI LAPI, Appellant, v. GIUSEPPE CIRALDO, Defendant. FANNIE HOROVITZ, Respondent; A. J. OISHEI HOSCHEK, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

FORT MONTGOMERY DEVELOPMENT CO., INC., a Domestic Corporation, Respondent, v. SAMUEL DICKSTEIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ERNEST LARONCA and Another, Respondents, v. SOCIETA ANONIMA COMMERCIO PRODOTTI AGRICOLI, Appellant.— Orders affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

BENNIE COHEN, an Infant, by JOE COHEN, His Guardian ad Litem, and JOE COHEN, Respondents, v. GLENS FALLS INDEMNITY COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle